1 | Michael Meuter, State Bar No. 161554
  | CALIFORNIA RURAL LEGAL ASSISTANCE, Inc.
2 | 3 Williams Road
  | Salinas, CA 93905
3 | Telephone: (831) 757-5221
  | Facsimile: (831) 757-6212
4 |
5 | Lisa Duarte, State Bar No. 169750
  | MINAMI, LEW & TAMAKI LLP
  | 360 Post Street, 8th Floor
6 | San Francisco, CA 94108-4903
  | Telephone: (415) 788-9000
7 | Facsimile: (415) 398-3887
8 | Attorneys for Plaintiffs/Intervenors
  | ANA LILIA MONTES, AURORA VASQUEZ,
9 | MICAELA GARCIA, EDELFA MADRIGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. C01-21105 RMW(PVT) |
| Plaintiff, | |
| ANA LILIA MONTES, AURORA VASQUEZ, MICAELA GARCIA, EDELFA MADRIGAL | NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE |
| Plaintiffs/Intervenors, | DATE: February 8, 2002 |
| v. | TIME: 9:00 a.m. |
| | DEPT: Courtroom 6 |
| COASTAL VALLEY MANAGEMENT, RON GALLEGOS, EDUBIGEN RESENDEZ, LUPE VELASCO, | HON: Ronald M. Whyte (PVT) |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 8, 2002 at 9:00 a.m. in Courtroom 6 or as soon thereafter as the matter may be heard, the aggrieved parties AURORA VASQUEZ,

*EEOC v. Costal Valley*
C01-21105 RMW(PVT)
NOTICE OF MOTION AND MOTION FOR LEAVE
TO INTERVENE

1

1 EDELFA MADRIGAL, ANA LILIA MONTES, and MICAELA GARCIA will and now do
2 move in this Court under F.R.C.P. Rule 24(a) for leave to intervene into the above-referenced
3 action as party plaintiffs. The plaintiffs'/intervenors' motion shall be heard at the United States
4 Courthouse, 280 South First Street, San Jose, CA, before the Honorable United States District
5 Court Judge Whyte.            .

6     This motion is brought in order that the aggrieved parties might assert the claims set forth
7 in their proposed Complaint in Intervention, a copy of which is attached as Exhibit A of Duarte
8 Declaration. The grounds for the motion are:

9     (I) Ms. Vasquez, Ms. Madrigal, Ms. Montes, and Ms. Garcia must be permitted to
10 intervene as a matter of right, when a federal statute confers the unconditional right to intervene
11 in the action, and their motion to intervene is timely.

12     (II) The application of Ms. Vasquez, Ms. Madrigal, Ms. Montes, and Ms. Garcia is
13 timely because they have sought to intervene at a very early stage in the proceedings, and
14 Defendants COASTAL VALLEY MANAGEMENT, RON GALLEGOS, EDUBIGEN
15 RESENDEZ, and LUPE VELASCO are not prejudiced because Plaintiffs failed to intervene at
16 an earlier stage of the proceedings.

17     This motion is based on the Memorandum of Points and Authorities, the attached
18 Complaint in Intervention, the Declaration of Lisa Duarte, and the Complaint filed by the Equal
19 Employment Opportunity Commission on November 28, 2001.

20 DATED: January 3, 2002                            Respectfully submitted,
21                                                            MINAMI, LEW & TAMAKI LLP
22
23                                                             Lisa Duarte
                                                            Attorneys for Plaintiffs/Intervenors
24
25
26
27 *EEOC v. Costal Valley*
C01-21105 RMW(PVT)
28 NOTICE OF MOTION AND MOTION FOR LEAVE
TO INTERVENE